## TERRITORY *v.* I. HIGASHIGUCHI.

### No. 1481.

ERROR TO CIRCUIT COURT SECOND CIRCUIT.
HON. D. H. CASE, JUDGE.

SUBMITTED JUNE 7, 1923.                    DECIDED AUGUST 28, 1923.

PETERS, C. J., PERRY AND LINDSAY, JJ.

*Per Curiam:* The facts in this case are identical to those in *Ter.* v. *Kitahara, ante* p. 397, and in keeping with our holding in that case the judgment of the circuit court herein is affirmed.

*E. Murphy* for plaintiff.

*E. R. Bevins,* County Attorney of Maui, and *Wendell F. Crockett,* Deputy County Attorney of Maui, for the Territory.